**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Floyd Kuhnert,<br><br>Plaintiff,<br>vs.<br><br>Equifax Information Services LLC, et al.,<br><br>Defendants. | Case No. 2:26-cv-12430<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |

Plaintiff Floyd Kuhnert, by and through his undersigned counsel hereby dismisses its Complaint against Defendant Credit Acceptance Corporation ONLY with prejudice in the above-captioned case without costs to either party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: September 17, 2026

RESPECTFULLY SUBMITTED,

**Fields Law Firm**

*/ s/ Blake Bauer*

**Blake Bauer**
Reg. No. 0396262
**FIELDS LAW FIRM**
9999 Wayzata Blvd.
Minnetonka, MN 55305
(612) 206-3489
F: (612) 370-4256
Blake@fieldslaw.com